

Ted Eric May, Esq.
MEMBER OF NEW YORK, NEW JERSEY, PENNSYLVANIA, FLORIDA AND D.C. BAR

February 6, 2018

Chief Judge Carla E. Craig
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

      Re:  Avi E. Foox
      Case#: 17-44506

Your Honor:

  Our office represents, Rushmore Loan Management Services, LLC, in the above referenced matter. We are in receipt of the Debtor's loss mitigation request.

  As of today, my client has not received a financial package to review.

  In order for Rushmore Loan Management Services, LLC, to review for any loss mitigation options they require the following:
1. A brief letter outlining the events that led to your current hardship, any proof documenting it, and your intentions toward the property.
2. Pay stubs for each borrower for the last month.
3. Copies of your most recent bank statements for each bank account for the last month.
4. The most recent year's tax return, all schedules and W2's.
5. Most recent statement for any 401K, IRA, mutual funds etc.
6. Completed Financial package attached.

  Thank you.

                Very Truly Yours,

                <u>/S/Ted Eric May, Esq</u>.
                Ted Eric May, Esq.

TEM;kl

Corporate Headquarters: 255 Merrick Road, Rockville Centre, New York 11570
Phone: 516.763.3200 | Fax: 516.763.3243
www.MayLawFirm.Com
E-Mail: Ted.May@MayLawFirm.Com
Direct Fax: 516.394.4267