| Information to identify the case: | |
|---|---|
| Debtor 1  **Avi E Foox** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  **xxx–xx–0935** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) <br> First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of New York** | |
| Case number:  **1–17–44506–cec** | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Alan Nisselson (Trustee) is discharged as trustee of the estate of the above–named debtor(s).
- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Carla E. Craig
United States Bankruptcy Judge

Dated: November 5, 2018

**BLfnld7** [Final Decree 7 rev 12/01/15]